**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Julio Alvarado v. The State of Texas

Appellate case number:     01-13-00894-CR; 01-13-00895-CR

Trial court case number:  1325690

Trial court:               232nd District Court of Harris County

       Appellant's January 6, 2015 motion to extend the time to file appellant's brief is **granted**. Appellant's brief is due by **February 5, 2015**. Due to the delay in this appeal, **no further extensions will be granted**.

       It is so ORDERED.

Judge's signature: /s/ Michael Massengale

                     ☑ Acting individually     ☐ Acting for the Court

Date: January 15, 2015